

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2018

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Hassan Nemazee,**
>       S1 09 Cr. 902 (SHS)

Dear Judge Stein:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the proposed order, all right, title, and interest of the defendant, Hassan Nemazee, in an investment in a private equity fund was ordered forfeited pursuant to a preliminary order of forfeiture and no third-party claims have been filed for that investment. Prior distributions from the fund have been forfeited pursuant to other forfeiture orders entered in this case. The Government now seeks a Final Order of Forfeiture with respect to this property in order to facilitate the U.S. Marshals Service's ability to dispose of the asset, including a redemption or other disposition. Accordingly, a Final Order of Forfeiture should be entered so that the United States Marshals Service can take full possession and ownership of the proceeds of the investment for disposition according to law.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   */s/ Michael D. Lockard*
      Michael D. Lockard
      Assistant United States Attorney
      Tel.: (212) 637-2193

Encl.