

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2018

<u>**BY ECF**</u>
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    <u>**United States v. Hassan Nemazee**</u>
                              S1 09 Cr. 902 (SHS)

Dear Judge Stein:

        The Government respectfully requests that the Court enter the attached Final Order of
Forfeiture in this matter.  As set forth in the proposed order, all right, title, and interest of the
defendant, Hassan Nemazee, in the investment Encorium Group, Inc. was ordered forfeited
pursuant to a preliminary order of forfeiture and no third-party claims have been filed as to this
investment interest.  Accordingly, a Final Order of Forfeiture should be entered so that the
United States Marshals Service can take full possession and ownership of the proceeds of this
investment for disposition according to law.

                              Respectfully submitted,

                              GEOFFREY BERMAN
                              United States Attorney

              By:     */s/ Michael D. Lockard*
                              Michael D. Lockard
                              Assistant United States Attorney
                              Tel.: (212) 637-2193

Encl.