

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2019

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

>    Re:   **United States v. Hassan Nemazee,**
>          **S1 09 Cr. 902 (SHS)**

Dear Judge Stein:

   The Government respectfully submits this letter to provide the Court with a further status update regarding the defendant, Hassan Nemazee's, request to the Bureau of Prisons ("BOP") to be placed in home confinement pursuant to the eligible elderly and terminally ill inmates pilot program, 34 U.S.C. § 60541(g).

   The Government understands that, following the BOP's issuance of internal interim guidance on Friday, March 8, 2019, Nemazee was recommended by his facility for placement in home confinement and was approved yesterday, March 13, 2019. The Government further understands that Nemazee's placement is scheduled late next week, subject to any applicable requirements of his Transitional Drug Abuse Treatment program and Residential Reentry Management office, *see* 18 U.S.C. § 3621(e).

>                    Respectfully submitted,
>
>                    GEOFFREY S. BERMAN
>                    United States Attorney
>
>
>              by:   */s/ Michael D. Lockard*
>                    Michael D. Lockard
>                    Assistant United States Attorney
>                    (212) 637-2193

cc: Lawrence McMichael, Esq. (by ECF and email)