

DIRECT DIAL NUMBER:  
(215) 575-7268

Lawrence G. McMichael  
lmcmichael@dilworthlaw.com

October 10, 2019

**VIA CM/ECF**  
The Honorable Sidney H. Stein  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

      RE:    **U.S.A. v. Nemazee, Criminal Action No.: 1:09-902 (SHS)**

Dear Judge Stein:

      I represent Hassan Nemazee in the above-referenced criminal matter. Mr. Nemazee is currently serving the remainder of his sentence in home confinement and is scheduled to transition to supervised release on November 15, 2019. On September 20, 2019, I wrote the Court explaining that Mr. Nemazee has a very promising job offer with Merilane Management and the Araz Group, d/b/a HealthEZ, a health care and real estate company located in Minnesota that has been in business for more than 37 years. However, Mr. Nemazee's job offer is contingent upon his ability to travel domestically and internationally. Accordingly, I respectfully requested the Court enter an Order that would allow Mr. Nemazee to apply for his passport immediately and travel domestically and internationally, for employment purposes only, while on Supervised Release subject to the Standard Conditions of Supervision.

      Given that it frequently takes more than a month for an applicant to receive his or her passport, I am writing to inquire into the status of my previous request. My client is very anxious about whether he will be able to meet the contingency necessary for his employment, especially given that the United States Probation Office has opposed his request. He further emphasizes that this opportunity is his sole job prospect, and the proposed salary ($60 per hour) will allow him to begin paying restitution to the victims of his crimes. Please let me know if anything further is required regarding this request.

      Respectfully,

      /s/ *Lawrence G. McMichael*

      Lawrence G. McMichael

1500 Market Street • Suite 3500E • Philadelphia, PA 19102-2101 • 215-575-7000 • Fax: 215-575-7200  
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Princeton, NJ • Wilmington, DE • New York, NY

121163115_1

The Honorable Sidney H. Stein
October 10, 2019
Page 2

cc: AUSA Michael Dennis Lockard (via email michael.lockard@usdoj.gov)
    AUSA Michael R. Herman   (via email michael.herman@usdoj.gov)