UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

1:09-902 (SHS)

-against-

HASSAN NEMAZEE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

## ORDER

**WHEREAS**, on July 14, 2010, this Court sentenced Defendant to imprisonment for a term of 144 months plus three years supervised release.

**WHEREAS**, Defendant has served his sentence and is now on supervised release.

**WHEREAS**, pursuant to 18 U.S.C.§3583(e)(2), the Court has the authority to "modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release."

NOW, therefore, it is hereby **ORDERED** that the Judgment is modified as follows:

1. Defendant shall be permitted to travel to and from Costa Rica, and any intermediate destinations between the dates of February 4, 2020 and February 29, 2020. Defendant shall provide the probation officer with no less than ten (10) days advance notice of the exact itinerary of this trip. Such notice shall be given in a manner consistent with the requirements set forth by the probation officer.

121275804_1

2. The probation officer shall have discretion to approve modifications to the itinerary [but not the dates] should the circumstances warrant such approval. /SWS/

3. Defendant shall notify the probation officer upon his return from this trip.

4. Defendant is hereby authorized to apply for and obtain a U.S. passport and the U.S. Department of State is hereby authorized to issue such a passport assuming that Defendant otherwise qualifies for one.

5. All other standard conditions of supervision set forth in the Judgment shall remain unchanged.

January 10, 2020

_____
U.S.D.J.