UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 09-Cr-902 (SHS) |
| -v- | : | <u>ORDER</u> |
| HASSAN NEMAZEE, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of defendant in a letter to the Court [Doc. No. 164],

IT IS HEREBY ORDERED that the Court will hold a hearing by videoconference on defendant's motion to terminate supervised release on March 23, 2020, at 10:00 a.m.

Dated: New York, New York
       March 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.