UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 09-Cr-902 (SHS) |
| -v- | : | ORDER |
| HASSAN NEMAZEE, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that:

1. The fact hearing on defendant's motion to terminate supervised release or in the alternative, modify his conditions of supervised release [Doc. No. 163], is moved from 10:00 a.m. to 3:00 p.m. on March 23, 2021, via Skype. The Skype link will be emailed to all parties;

2. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and entering the Conference ID: 477164570; and

2. The parties shall notify the Court on or before noon on Monday, March 22, regarding witnesses they intend to call, if any, as well as any exhibits they intend to introduce.

Dated: New York, New York
March 19, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.