

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2021

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Hassan Nemazee*,
           09 Cr. 902 (SHS)

Dear Judge Stein:

      The Government writes to respectfully request a modest adjournment of the hearing in the above-referenced matter, currently scheduled for March 23, 2021 at 3:00 p.m. pursuant to the Court's March 15 and 19, 2021 orders. (D.E. 168, 170). The Government requests that the proceeding be adjourned by approximately one week. The undersigned Assistant United States Attorney has been on trial before the Honorable P. Kevin Castel since March 8, 2021, and the trial has not yet concluded. The requested adjournment will permit trial to conclude and for Government to prepare appropriately for the proceeding. Counsel for Mr. Nemazee does not object to this request.

                                                Very truly yours,

                                                AUDREY STRAUSS
                                               Acting United States Attorney

                    by: _____
                                     Michael D. Lockard
                                     Assistant United States Attorney
                                     (212) 637-2193

cc:    Counsel of record (by ECF)