UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 09-Cr-902 (SHS) |
| -v- | : | <u>ORDER</u> |
| HASSAN NEMAZEE, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a teleconference on April 12, 2021, at 2:00 p.m., at which time the Court will read its decision into the record on defendant's motion to terminate, or in the alternative, modify his conditions of release. The parties shall dial 888-273-3658 and use access code 7004275 to join the teleconference.

Dated: New York, New York
       April 9, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.