UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

United States of America

v.                                                      01:(S1) 09 Cr. 00902 (SHS)

Hassan Nemazee

### Stipulation Regarding Restitution

WHEREAS, on July 16, 2010, this Court entered a judgment in a criminal case ("Judgment of Conviction") in the above captioned case;

WHEREAS, the Judgment of Conviction ordered restitution in the amount of $292,333,052 and provided that payments shall be made monthly by the defendant in the amount of 15% of his gross monthly earnings;

WHEREAS, defendant has made monthly restitution payments in a timely fashion since his release from incarceration, through and including December 2022;

WHEREAS, defendant's monthly earnings result in monthly restitution payments of between $2000 and $2500; and

WHEREAS, both the defendant and the government agree that an annual payment is more appropriate given the circumstances of this case and is easier to administer and monitor.

NOW THEREFORE, subject to the approval of this Court, the government and the defendant agree that the Judgment of Conviction is modified to delete the monthly payment requirement and replace it with the following:

123043100-1

## SCHEDULE OF PAYMENTS

F.     Commencing January 1, 2023, , Defendant will be obligated to pay annually a sum equal to fifteen percent (15%) of "total income" as defined by the IRS on Form 1040, http://www.irs.gov/pub/irs-pdf/f1040.pdf. Such payment will be made annually within 30 days after the filing of Defendant's tax return for each year, commencing with calendar year 2023. Defendant's tax return will be filed timely by the date specified by the IRS, or a proper extension thereof. The payment shall be accompanied by a copy of his tax return.

| United States Attorney's Office | Hassan Nemazee |
|---|---|
| By: Michael Lockard | By: Lawrence G. McMichael |
| *[signature]* | *[signature]* |
| December 27, 2022 | |

Approved and So Ordered:

Hon. Sidney H. Stein

*[signature]*
USDJ

123043100-1